IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHANE A. LONIX
ADC #145216                                                                    PLAINTIFF

v.                       No. 5:19-cv-341-DPM-JJV

DERNITTA THOMAS, Lieutenant, Shift C,
ADC Administration, Cummins Unit, *et al.*                     DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, № 5, and overrules Lonix's objections, № 9. FED. R. CIV. P. 72(b)(3). Lonix may proceed with his excessive force claims against Defendants Thomas, Quillen, and Bryant in this lawsuit. All other claims and Defendants are dismissed without prejudice. Lonix may make his other claims in another case or cases. But the point of Federal Rule of Civil Procedure 20 is to channel only related claims into any one case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2019