## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**SHANE A. LONIX**
**ADC #145216**                                                      **PLAINTIFF**

v.                                 **No. 5:19-cv-341-DPM**

**DERNITTA THOMAS, Lieutenant, Shift C,**
**ADC Administration, Cummins Unit;**
**QUILLEN, Sergeant, Guard, Cummins Unit;**
**and BRYANT, CO II, Guard, Cummins Unit**          **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 79*, and overrules Lonix's objections, *Doc. 81*. FED. R. CIV. P. 72(b)(3).   Motion for summary judgment, *Doc. 69*, granted.   Thomas, Quillen, and Bryant are entitled to qualified immunity on Lonix's excessive force claims against them.  Those claims will therefore be dismissed with prejudice.  Motions, *Doc. 80 & 82–83*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_12 May 2021_