## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**SHANE A. LONIX**
**ADC #145216**                                                    **PLAINTIFF**

**v.**                          **No. 5:19-cv-341-DPM**

**DERNITTA THOMAS, Lieutenant, Shift C,**
**ADC Administration, Cummins Unit;**
**JAMES, Sergeant, ADC Administration,**
**Cummins;  NUNAG, Doctor/Nurse, ADC**
**Administration, Cummins Unit;**
**PRESELFANNIE R. TAYLOR, Mental Health**
**Advisor, Cummins Unit;  QUILLEN, Sergeant,**
**Guard, Cummins Unit;  BRYANT, CO II,**
**Guard, Cummins Unit;  LINDSEY FORTSON,**
**Cummins Unit;  and DOES, ADC Administration     DEFENDANTS**

### JUDGMENT

Lonix's excessive force claims against Thomas, Quillen, and Bryant are dismissed with prejudice.  All other claims are dismissed without prejudice.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_12 May 2021_